# EXHIBIT G





# EXTREMILOCK™
## Foot Plating System

**ExtremiLock Foot Plating System** includes the latest in variable angled locking screw and plate technology to treat multiple reconstructive and trauma applications of the forefoot, midfoot and hindfoot. The system features double-lead screws which allow for faster insertion and reduced O.R. time. Specialized instrumentation complete this comprehensive system which allows for multiple intra-operative options to better treat the indication.

## Indications and Procedures

- 1st MTP Fusion
- Closing Wedge Osteotomy
- Opening Wedge Osteotomy
- Lapidus
- 5th Metatarsal Fracture
- Metatarsal Fracture
- Cotton Osteotomy
- Navicular Fracture
- Dwyer Osteotomy
- Evans Calcaneal Osteotomy
- Calcaneocuboid Fusion
- Lisfranc Injury
- Calcaneal Fracture
- Calcaneal Slide Osteotomy

# System Advantages

## Innovative Screw Technology

Double-Lead screws allow for faster insertion and the hexalobe interface provides optimal torque and tactile feel. ExtremiLock features solid core 2.7mm, 3.5mm and 4.0mm angled locking and non-locking screws along with 3.0mm and 4.0mm cannulated lag screws to provide intraoperative options to better treat the fracture.



## Anatomically Designed Plates

ExtremiLock plates are designed to match the contour of the bone. Soft rounded edges and a highly smooth surface minimizes soft tissue irritation.



## Large Angled Locking Range

40° of polyaxial locking gives the ability to capture difficult bone fragments. 360° of screw and plate contact create a strong locking construct for plate fixation.



*360° Locking Contact Maximize Strength*

*40° Polyaxial Locking*

## Comprehensive Instrumentation

Surgeon-driven instrumentation designed to precisely assist in soft tissue management, plate manipulation and screw insertion. Various soft tissue instrumentation including plate holding Taks™, cup and cone reamers, compression and distraction clamps are available to assist in reconstruction.







# DOUBLE-LEAD SCREWS

**The ExtremiLock Foot Plating System** features double-lead screws which incorporates an additional thread at a more aggressive angle. The extra thread allows the screw to advance twice the distance per turn reducing O.R. time.



# SURGICAL PROCEDURES

## 1st MTP Arthrodesis - Fusion Plate

Low profile MTP fusion plate anatomically contoured and pre-bent with 10° of dorsiflexion.



## 1st MTP Arthrodesis - Transfixation Plate

Patented transfixation hole* allows for compression at the joint preventing plantar gapping during normal gait motion. Pre-bent with 10° of dorsiflexion and valgus correction.



## 5th Metatarsal Fracture

The hooks provide stability and reduction to difficult avulsion and Jones fractures of the 5th Metatarsal. Compression holes and a positioning hole along the anatomic curvature of the plate provide a stable low profile construct.



## Lapidus Plate

The lapidus plate offers stable fixation with the use of either 2.7mm or 3.5/4.0mm screws. An added benefit is a built in compression screw hole to provide compression at the joint.



## Calcaneal Fractures

Offering two different types of calcaneal plates. A mesh calcaeal plate with 14 screw hole options for both locking and non-locking screws and a low-profile, pre-contoured, minimally invasive calcaneal plate.




* patent number 8,529,608

# OsteoMed Products

 ExtremiFix Headless Cannulated Screws

 ExtremiFix Cannulated Screws

 Large Cannulated Screws

 ExtremiFuse

 EnCompass

 EnCompass Lessers

 Hemi

 ReFlexion

 InterPhlex

 Talar-Fit

 Inion

 OsteoVationEX

 OsteoVation QWIK



*Rethinking Possibilities, Reshaping Lives*

**OSTEOMED**
3885 Arapaho Rd.
Addison, TX 75001
Customer Service: 800.456.7779
Outside the U.S.: 001.972.677.4600
Fax: 800.390.2620
Fax Outside the U.S.: 001.972.677.4709
E-mail: customer.service@osteomed.com
www.osteomed.com

P/N 030-1807 Rev.A