# EXHIBIT J

**stryker**

# VariAx® 2 Plating Systems



Anchorage® 2 CP

MTP CP plate

Universal CP plate

Lapidus CP plate

Midfoot CP plate

**stryker**

## Anchorage 2 CP plates

Anchorage 2 CP was designed to provide a complementary modular system for indication-specific, reconstructive and trauma procedures of the foot and ankle.

The Anchorage 2 CP Plating System is composed of four pre-contoured, anatomic locking plates. These new plates feature a Cross Plate (CP) hole that allows partially threaded CP screws (either T8 3.6mm or T10 4.1mm) to compress across the fusion site. All other plate holes feature SMARTLock[1] technology which allows for locking screw insertion in any direction up to 15°. Each Anchorage 2 CP foot plate is low profile (1.5mm) to minimize soft tissue irritation.

### Variable angle


Universal CP plate


MTP CP plate


Lapidus CP plate


Midfoot CP plate

### CP screws

The Anchorage 2 CP System uses an inset diagonal, partially threaded CP screw to develop mechanical compression across the fusion site. This approach eliminates the need for separate, independent stabilization and is designed to create compression. The Anchorage 2 CP screws are self-tapping and self-drilling and feature an advanced new conical pitch thread and cutting flute that catches the far cortex faster and allows for maximum compression across the joint, resulting in successful unions.

### Polyaxial locking

SMARTLock[1] technology goes one step further. Every screw hole in the Anchorage 2 CP foot plate (except the CP screw hole) permits polyaxial screw placement. Locking and non-locking screws can be angled up to 15° in each direction for a total range of 30°. Simply place the polyaxial drill guide in the screw hole to select the appropriate angle.



Anchorage 2 CP screws + VariAx 2 screws

**References**
1. Licensed from Prof. Wolter

## Foot & Ankle



This document is intended solely for the use of healthcare professionals. A surgeon must always rely on his or her own professional clinical judgment when deciding whether to use a particular product when treating a particular patient. Stryker does not dispense medical advice and recommends that surgeons be trained in the use of any particular product before using it in surgery.

The information presented is intended to demonstrate a Stryker product. A surgeon must always refer to the package insert, product label and/or instructions for use, including the instructions for Cleaning and Sterilization (if applicable), before using any Stryker product. Products may not be available in all markets because product availability is subject to the regulatory and/or medical practices in individual markets. Please contact your Stryker representative if you have questions about the availability of Stryker products in your area.

Stryker Corporation or its divisions or other corporate affiliated entities own, use or have applied for the following trademarks or service marks: Anchorage, SmartLock, Stryker, VariAx. All other trademarks are trademarks of their respective owners or holders.

The products listed above are CE marked.

AN-SS-1_Rev-1, 08-2016
Copyright © 2016 Stryker

**Manufacturer:**
Stryker GmbH
Bohnackerweg 1
2545 Selzach,
Switzerland

stryker.com