**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OsteoMed LLC, | |
| Plaintiff, | Case No. 1:20-cv-06821 |
| v. | Hon. Steven C. Seeger |
| Stryker Corporation, | |
| Defendant. | |

**PLAINTIFF OSTEOMED LLC'S FIRST AMENDED NOTIFICATION OF AFFILIATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff OsteoMed LLC ("OsteoMed") states as follows:

1. OsteoMed is a privately held limited liability company.

2. OsteoMed is a wholly owned subsidiary of Acumed, LLC.

3. Acumed, LLC is owned by Colson Medical, LLC, a privately held limited liability company.

4. Colson Medical, LLC is majority owned by Berkshire Hathaway Inc., a publicly traded company.

5. Berkshire Hathaway Inc. is the only publicly held affiliate of OsteoMed.

1

Dated: April 21, 2021            Respectfully submitted,

By:    */s/ Alan L. Barry*
Alan L. Barry
Devon C. Beane
Katherine L. Allor
Amanda C. Maxfield
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
alan.barry@klgates.com
devon.beane@klgates.com
katy.allor@klgates.com
amanda.maxfield@klgates.com

Jacob C. Vannette
K&L GATES LLP
1601 K St. N.W.
Washington, D.C. 20006
Telephone: (202) 628-1700
jake.vannette@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*