**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| STRYKER CORPORATION and | ) | |
| HOWMEDICA OSTEONICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STRYKER EUROPEAN OPERATIONS | ) | |
| HOLDINGS LLC and HOWMEDICA | ) | |
| OSTEONICS CORP., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OSTEOMED LLC, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

**FIRST AMENDED JOINT STATUS REPORT**

Plaintiff OsteoMed, LLC ("OsteoMed"), Defendant Stryker Corporation ("Stryker"), Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., ("Howmedica"), and Counterclaim Plaintiff Stryker European Operations Holdings LLC ("SEOH") have conferred and jointly submit the following amended joint status report and proposed amended scheduling order for Case No. 1:20-cv-6821. The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that the Court will modify any such schedule "only for good cause." Fed. R. Civ. P. 16(b)(4).

Since the parties submitted the Initial Joint Status Report on February 1, 2021 (*see* Dkt. 28), the following has occurred. First, as the parties noted in their Joint Status Report filed on April 21, 2021 (*see* Dkt. 37), Judge Andrews denied Wright Medical Technology, Inc.'s motion to transfer Civil Action No. 1:20-cv-6821 to the Northern District of Illinois. Second, on May 17, 2021, this Court granted Howmedica and SEOH's motion to intervene in this case. *See* Dkt. 40. Third, on May 21, 2021, Stryker filed its Amended Answer to OsteoMed's Complaint (*see* Dkt. 43) and Howmedica filed its Answer to OsteoMed's Complaint (*see* Dkt. 42). Fourth, on May 28, 2021, Stryker, Howmedica, and SEOH filed their Amended Counterclaims (*see* Dkt. 45). The parties agree that OsteoMed's Answer to the Amended Counterclaims is due on June 18, 2021.

In light of the Court's decision granting Howmedica and SEOH's motion to intervene, the parties have conferred and agree to 17 depositions and 43 interrogatories per side for this case. In addition, the parties have agreed to the proposed schedule detailed below:

| Event | Deadline |
|---|---|
| Amendment to the Pleadings[1] | Friday, September 24, 2021 |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | Monday March 18, 2022 |
| Disclosure of Opening Expert Report(s) | Friday, August 5, 2022, or 28 days after the Court's claim construction ruling or close of discovery after that ruling, pursuant to Local Patent Rule 5.1, whichever is later |

---

[1] In light of the proposed changes to the initial non-infringement, unenforceability and invalidity contentions and to the initial responses to non-infringement and invalidity contentions, we propose to extend the deadline for amending the pleadings to September 24, 2021.

| | |
|---|---|
| Disclosure of Rebuttal Expert Report(s) | Friday, September 2, 2022, or 28 days after Opening Expert Report(s) pursuant to Local Patent Rule 5.1, whichever is later |
| Deposition of Expert(s) | Friday, September 30, 2022, or to be completed by 28 days after the exchange of rebuttal expert reports, pursuant to Local Patent Rule 5.2, whichever is later |
| Dispositive Motions | Friday, November 4, 2022, or 28 days after the completion of expert discovery, pursuant to Local Patent Rule 6.1, whichever is later |

Respectfully submitted,

<table>
<tr><td>

/s/ Katherine L. Allor

</td><td>

/s/ Robert A. Surrette

</td></tr>
<tr><td>

Alan L. Barry
Devon C. Beane
Katherine L. Allor
Amanda C. Maxfield
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
alan.barry@klgates.com
devon.beane@klgates.com
katy.allor@klgates.com
amanda.maxfield@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

</td><td>

Robert A. Surrette
Sharon A. Hwang
Scott P. McBride
Ashley M. Ratycz
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8113
Fax:  (312) 775-8100
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com
smcbride@mcandrews-ip.com
aratycz@mcandrews-ip.com

*Attorneys for Defendant Stryker Corporation, Counterclaim-Plaintiff Stryker European Operations Holdings LLC, and Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp.*

</td></tr>
</table>