**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| STRYKER CORPORATION and | ) | |
| HOWMEDICA OSTEONICS CORP., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STRYKER EUROPEAN OPERATIONS | ) | |
| HOLDINGS LLC and HOWMEDICA | ) | |
| OSTEONICS CORP., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OSTEOMED LLC, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

**JOINT MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff and Counterclaim Defendant OsteoMed LLC, Defendant Stryker Corporation, Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC, through their respective undersigned counsel, jointly move to extend the deadline for Amendment to the Pleadings by seven (7) days to October 1, 2021.

In support thereof, the parties state as follows.

1. On June 16, 2021, the Court entered an Amended Scheduling Order under Rule 16(b) (Dkt. 48), setting the deadline for amending the pleadings to September 24, 2021.

2. The parties seek to extend the deadline for Amendment to the Pleadings by seven

1

(7) days to October 1, 2021.

      3.      The requested extension does not impact any other deadlines.

      4.      The instant request is sought in the interests of justice and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court grant this Motion, extending the time for Amendment to the Pleadings by seven (7) days, until October 1, 2021.

Dated: September 24, 2021

By: /s/ Jason A. Engel
Jason A. Engel (IL6274878)
Alan L. Barry (IL6180457)
Devon C. Beane (IL6303129)
Katherine L. Allor (IL6317964)
Amanda C. Maxfield (IL6336337)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
jason.engel@klgates.com
alan.barry@klgates.com
devon.beane@klgates.com
katy.allor@klgates.com
amanda.maxfield@klgates.com

Jacob C. Vannette (IL6324788)
**K&L GATES LLP**
1601 K St. N.W.
Washington, D.C. 20006
Telephone: (202) 628-1700
jake.vannette@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

Respectfully submitted,

By: /s/ Scott P. McBride
Robert A. Surrette (IL Bar No. 6243979)
Sharon A. Hwang (IL Bar No. 6217211)
Scott P. McBride (IL Bar No. 6256356)
Ashley M. Ratcyz (IL Bar No. 6330321)
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com

*Attorneys for Defendants Stryker
Corporation and Howmedica Osteonics
Corp. and Counterclaim Plaintiff Stryker
European Operations Holdings LLC*