**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OSTEOMED LLC, <br><br>         Plaintiff, <br><br>   v. <br><br> STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP., <br><br>         Defendants. | Civil Action No. 1:20-cv-6821 |
| STRYKER EUROPEAN OPERATIONS HOLDINGS LLC and HOWMEDICA OSTEONICS CORP., <br><br>         Counterclaim Plaintiffs, <br><br>   v. <br><br> OSTEOMED LLC, <br><br>         Counterclaim Defendant. | |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO SERVE FINAL NON-INFRINGEMENT,
ENFORCEABILITY, AND VALIDITY CONTENTIONS**

Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant and Counterclaim-Plaintiff Stryker Corporation, Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp., and Counterclaim-Plaintiff Stryker European Operations Holdings LLC (collectively "Stryker") hereby respectfully move under Fed. R. Civ. P. 6(b) for an Order extending the time for Stryker and OsteoMed to exchange Final Non-Infringement, Enforceability, and Validity Contentions under Local Patent Rule 3.2.

Per the Scheduling Order, the parties are due to exchange their Final Non-Infringement, Enforceability, and Validity Contentions on April 1, 2022. Fed. R. Civ. P 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ."

The parties believe that the requested extension is reasonable and that there is good cause for the Court to grant the Joint Motion. In particular, on March 29, 2022, the parties moved to stay the case in its entirety. The parties agree that the Final Non-Infringement, Enforceability, and Validity Contentions will be exchanged thirty (30) days after either: (1) the stay is entered and subsequently lifted after the Patent Trial and Appeal Board issues a final written decision on the last-instituted *Inter Partes* Review of a Patent-in-Suit; or (2) the stay is denied. An extension will provide the Court sufficient time to decide whether to grant the Joint Motion to Stay, or provide the parties sufficient time to exchange the Final Contentions should the Court deny the Joint Motion to Stay.

Stryker and OsteoMed respectfully request that this Court enter an Order granting an additional thirty (30) days after either: (1) the stay is entered and subsequently lifted after the Patent Trial and Appeal Board issues a final written decision on the last-instituted *Inter Partes* Review of a Patent-in-Suit; or (2) the stay is denied, within which to serve Final Non-Infringement, Enforceability, and Validity Contentions pursuant to Local Patent Rule 3.2. The parties contemplate that the other dates on the Scheduling Order (*e.g.*, exchange of terms needing construction and proposed construction, meet and confer regarding claim construction, etc.) will be extended accordingly if this Joint Motion for Extension is granted, but no stay is granted sufficiently in advance of those other dates.

2

Dated:  March 29, 2022


K&L GATES LLP

/s/ Devon C. Beane

Jason A. Engel (IL Bar No. 6180457)
Devon C. Beane (IL Bar No. 6303129)
Katherine L. Allor (IL Bar No. 6317964)
Amanda C. Maxfield (IL Bar No. 6336337)
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 372-1121
jason.engel@klgates.com
devon.beane@klgates.com
katy.allor@klgates.com
amanda.maxfield@klgates.com

*Attorneys for Plaintiff and Counterclaim Defendant OsteoMed LLC*


McANDREWS, HELD & MALLOY, LTD.

/s/ Scott P. McBride

Robert A. Surrette (IL Bar No. 6243979)
Sharon A. Hwang (IL Bar No. 6217211)
Scott P. McBride (IL Bar No. 6256356)
Ashley M. Ratycz (IL Bar No. 6330321)
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com
smcbride@mcandrews-ip.com
aratycz@mcandrews-ip.com

*Attorneys for Defendant and Counterclaim-Plaintiff Stryker Corporation, Counterclaim-Plaintiff Stryker European Operations Holdings LLC, and Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022 the foregoing document was served upon all counsel of record via the Court's ECF filing system.

/s/ Scott P. McBride
Scott P. McBride