**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OSTEOMED LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STRYKER CORPORATION and ) <br> HOWMEDICA OSTEONICS CORP., ) <br> ) <br> Defendants. ) | Civil Action No. 1:20-cv-6821 <br><br> **JURY TRIAL DEMANDED** |
| STRYKER EUROPEAN OPERATIONS ) <br> HOLDINGS LLC and HOWMEDICA ) <br> OSTEONICS CORP., ) <br> ) <br> Counterclaim Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OSTEOMED LLC, ) <br> ) <br> Counterclaim Defendant. ) | |

**STRYKER CORPORATION's
2nd SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2(e), counsel of record for Defendant Stryker Corporation hereby provides notice of the following corporate interests:

1. All parent companies of Stryker Corporation: None.

2. Any publicly held company that owns five percent (5%) or more of Stryker Corporation: Blackrock, Inc.

Dated: February 1, 2024                                                           McANDREWS, HELD & MALLOY, LTD.

/s/ Scott P. McBride
Robert A. Surrette (IL Bar No. 6243979)
Sharon A. Hwang (IL Bar No. 6217211)
Scott P. McBride (IL Bar No. 6256356)
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com

*Attorneys for Defendant Stryker Corporation*