# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

OsteoMed LLC

                          Plaintiff,

v.                                                        Case No.: 1:20−cv−06821

                                                              Honorable Steven C. Seeger

Stryker Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 16, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The unopposed motion for leave to withdraw Katherine L. Allor and Amanda Maxfield (Dckt. No. [94]) is granted. Attorney Katherine Louise Allor and Amanda Maxfield are terminated as counsel of record. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.