# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

OsteoMed LLC

                      Plaintiff,

v.                                                            Case No.: 1:20−cv−06821

                                                                              Honorable Steven C. Seeger

Stryker Corporation, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The parties last filed a status report on August 31, 2023, and reported that the appeals related to OsteoMed's patents were pending. (Dckt. No. [89]) The parties expected the appeals to be completed by October 2024. This Court directed the parties to keep this Court in the loop, and file a status report within two weeks of the completion of the appeals. (Dckt. No. [89]) Since then, the parties have not filed a status report, so this Court assumes that the appeals are ongoing. Even so, for good measure, the Court directs the parties to file a status report by April 25, 2025. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.