UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP., | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| STRYKER EUROPEAN OPERATIONS HOLDINGS LLC and HOWMEDICA OSTEONICS CORP., | ) ) ) |
| Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| OSTEOMED LLC, | ) ) |
| Counterclaim Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant Stryker Corporation, Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC (collectively "Stryker"), through their respective undersigned counsel, provide this joint status report as requested by the Court. *See* ECF No. 97.

On April 6, 2022, the Court granted the parties' joint motion to stay pending disposition of the *inter partes* reviews ("IPRs") of the patents-in-suit. *See* ECF No. 81. On September 5, 2023, the Court extended the stay until the appeals related to OsteoMed's patents are completed. *See* ECF No. 89. After that date, Stryker also filed notices of appeal in the IPRs related to its own

1

patents. Briefing on both sets of appeals concluded in May of 2024. On March 20, 2025, the United States Court of Appeals for the Federal Circuit scheduled oral argument in all of the pending appeals for May 6, 2025.

Given that the appeals are ongoing, the parties jointly request the stay remain in place. Once the parties receive decisions from the Federal Circuit, the parties agree to file a joint status report to revisit the status of the stay.

Dated: April 23, 2025

By: /s/ Devon C. Beane
Jason A. Engel (IL6274878)
Devon C. Beane (IL6303129)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
jason.engel@klgates.com
devon.beane@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

Respectfully submitted,

By: /s/ Scott P. McBride
Robert A. Surrette (IL Bar No. 6243979)
Sharon A. Hwang (IL Bar No. 6217211)
Scott P. McBride (IL Bar No. 6256356)
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com
smcbride@mcandrews-ip.com

*Attorneys for Defendant Stryker Corporation, Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC*