**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| STRYKER CORPORATION and | ) | |
| HOWMEDICA OSTEONICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| STRYKER EUROPEAN OPERATIONS | ) |
| HOLDINGS LLC and HOWMEDICA | ) |
| OSTEONICS CORP., | ) |
| | ) |
| Counterclaim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| OSTEOMED LLC, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant Stryker Corporation, Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC (collectively "Stryker"), through their respective undersigned counsel, provide this joint status report as requested by the Court. *See* ECF No. 99.

On May 6, 2025, the United States Court of Appeals for the Federal Circuit held a hearing in all of the pending appeals. On August 7, 2025, the Federal Circuit issued an opinion and judgment affirming the *inter partes* reviews related to two of Stryker's patents, which rendered the challenged claims of those two patents unpatentable. On September 8, 2025, Stryker filed a

1

petition for rehearing. On September 23, 2025, the Federal Circuit denied Stryker's petition for rehearing. On September 30, 2025, the Federal Circuit issued a formal mandate to the United States Patent and Trademark Office pursuant to Rule 41 of the Federal Rules of Appellate Procedure.

The Federal Circuit has not yet issued an opinion regarding OsteoMed's patents.

Given that the appeals related to OsteoMed's patents are ongoing, the parties jointly request the stay remain in place. Once the parties receive decisions from the Federal Circuit, the parties agree to file a joint status report to revisit the status of the stay.

Dated: October 1, 2025

By: /s/ Jason A. Engel
Jason A. Engel (IL6274878)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
jason.engel@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

Respectfully submitted,

By: /s/ Scott P. McBride
Robert A. Surrette (IL Bar No. 6243979)
Sharon A. Hwang (IL Bar No. 6217211)
Scott P. McBride (IL Bar No. 6256356)
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com
smcbride@mcandrews-ip.com

*Attorneys for Defendant Stryker Corporation, Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC*

2