UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP., | ) ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| STRYKER EUROPEAN OPERATIONS HOLDINGS LLC and HOWMEDICA OSTEONICS CORP., | ) ) ) |
| | ) |
| Counterclaim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| OSTEOMED LLC, | ) |
| | ) |
| Counterclaim Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant Stryker Corporation, Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC (collectively "Stryker"), through their respective undersigned counsel, provide this joint status report as requested by the Court. *See* ECF No. 103.

On May 6, 2025, the United States Court of Appeals for the Federal Circuit held a hearing in all of the pending appeals. On August 7, 2025, the Federal Circuit issued an opinion and judgment affirming the *inter partes* reviews related to two of Stryker's patents, which rendered the challenged claims of those two patents unpatentable. On September 8, 2025, Stryker filed a

petition for rehearing. On September 23, 2025, the Federal Circuit denied Stryker's petition for rehearing. On September 30, 2025, the Federal Circuit issued a formal mandate to the United States Patent and Trademark Office pursuant to Rule 41 of the Federal Rules of Appellate Procedure.

On October 3, 2025, the Federal Circuit issued an opinion related to the four OsteoMed patents at issue in the present case. The Federal Circuit affirmed the ruling related to U.S. Patent No. 10,245,085, specifically, affirming the Board's finding that claims 1–7 are unpatentable as anticipated by Slater and that claims 8–9 are not anticipated by Slater. With respect to the other three OsteoMed patents, the Federal Circuit reversed the Board's holding that Slater does not anticipate the challenged independent claims and vacated and remanded for further proceedings to evaluate whether the challenged dependent claims are similarly anticipated or rendered obvious by the cited prior art grounds in view of the analysis provided in the opinion.

Given the remand related to OsteoMed's patents, the parties jointly request the stay remain in place. Once there is an update on remand, the parties agree to file a joint status report to revisit the status of the stay.

3

| | |
|---|---|
| Dated: October 23, 2025 | Respectfully submitted, |
| By: /s/ Jason A. Engel<br>Jason A. Engel (IL6274878)<br>**K&L GATES LLP**<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>Telephone: (312) 372-1121<br>jason.engel@klgates.com<br><br>*Attorneys for Plaintiff OsteoMed LLC* | By: /s/ Scott P. McBride<br>Robert A. Surrette (IL Bar No. 6243979)<br>Sharon A. Hwang (IL Bar No. 6217211)<br>Scott P. McBride (IL Bar No. 6256356)<br>**McANDREWS, HELD & MALLOY, LTD.**<br>500 W. Madison Street, Suite 3400<br>Chicago, IL 60661<br>(312) 775-8000<br>bsurrette@mcandrews-ip.com<br>shwang@mcandrews-ip.com<br>smcbride@mcandrews-ip.com<br><br>*Attorneys for Defendant Stryker Corporation, Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC* |