**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| STRYKER CORPORATION and | ) | |
| HOWMEDICA OSTEONICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STRYKER EUROPEAN OPERATIONS | ) | |
| HOLDINGS LLC and HOWMEDICA | ) | |
| OSTEONICS CORP., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OSTEOMED LLC, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant Stryker Corporation, Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC (collectively "Stryker"), through their respective undersigned counsel, provide this joint status report as requested by the Court. *See* ECF No. 105.

On May 6, 2025, the United States Court of Appeals for the Federal Circuit held a hearing in pending appeals from the Patent Trial & Appeal Board ("PTAB") involving OsteoMed's U.S. Patent Nos. 8,529,608 ("the '608 patent"), 9,351,776 ("the '776 patent"), 9,763,716 ("the '716 patent"), and 10,245,085 ("the '085 patent"), and Stryker's counterclaim U.S. Patent Nos.

1

9,078,713 ("the '713 patent"), and 10,993,751 ("the '751 patent"). Stryker's counterclaim U.S. Patent No. 9,168,074 ("the '074 patent") was not part of the appeals. On August 7, 2025, the Federal Circuit issued a judgment and affirmed the *inter partes* reviews related to Stryker's '713 and '751 patents. In particular, the Federal Circuit found that claims 32-39 of the '713 patent are invalid as obvious, and that claims 1-3 and 6-18 of the '751 patent are invalid as obvious. On September 8, 2025, Stryker filed a petition for rehearing. On September 23, 2025, the Federal Circuit denied Stryker's petition for rehearing. On September 30, 2025, the Federal Circuit issued a formal mandate to the United States Patent and Trademark Office and the decision on Stryker's patents is final.

On October 3, 2025, the Federal Circuit issued a judgment affirming in part, remanding in part, and reversing in part the *inter partes* reviews related to OsteoMed's '608, '776, '716, and '085 patents. In particular, the Federal Circuit found that all of the independent claims of the '608, '776, '716, and '085 patents are invalid as anticipated, that dependent claims 2-7 of the '085 patent are invalid as anticipated or obvious, and that dependent claims 8 and 9 of the '085 patent are not anticipated. The Federal Circuit remanded to the PTAB for a determination consistent with its October 3, 2025 opinion regarding the anticipation or obviousness of the dependent claims of the '608, '776, and '716 patents. On January 9, 2026, the parties submitted Joint Notices regarding the remanded issues in the *inter partes* review proceedings involving OsteoMed's '608, '776, and '716 patents. The PTAB is currently considering those issues on remand, and the parties expect to receive a decision from the PTAB within about the next six to eight weeks. Once the PTAB issues its decision, assuming no party intends to appeal the decision, the parties agree to inform the Court and to provide a joint status report to revisit the status of the stay.

2

Dated: January 30, 2026

By: /s/ Jason A. Engel
Jason A. Engel (IL6274878)
A. Rebekah Hill (IL6345666)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
jason.engel@klgates.com
rebekah.hill@klgates.com

Erik J. Halverson (IL6320739)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8238
erik.halverson@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

Respectfully submitted,

By: /s/ Scott P. McBride
Robert A. Surrette (IL Bar No. 6243979)
Sharon A. Hwang (IL Bar No. 6217211)
Scott P. McBride (IL Bar No. 6256356)
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com
smcbride@mcandrews-ip.com

*Attorneys for Defendant Stryker*
*Corporation, Defendant and Counterclaim-*
*Plaintiff Howmedica Osteonics Corp., and*
*Counterclaim Plaintiff Stryker European*
*Operations Holdings LLC*

3