**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

OsteoMed LLC

                Plaintiff,

v.                                        Case No.: 1:20–cv–06821
                                        Honorable Steven C. Seeger

Stryker Corporation, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the latest status report (Dckt. No. [110]). The PTAB is currently considering issues on remand from the Federal Circuit. The parties expect to receive a decision in the next two months, give or take. The parties must file a status report by the end of April, 2026, or within one week of any decision by the PTAB, whichever comes first. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.