# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

OsteoMed LLC

                             Plaintiff,

v.                                                    Case No.: 1:20–cv–06821
                                                      Honorable Steven C. Seeger

Stryker Corporation, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2026:

     MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [112]) The parties are awaiting a decision by the PTAB. The parties must file a status report within two weeks of receiving that decision. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.