**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSTEOMED LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-cv-6821 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| STRYKER CORPORATION and | ) | |
| HOWMEDICA OSTEONICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STRYKER EUROPEAN OPERATIONS | ) | |
| HOLDINGS LLC and HOWMEDICA | ) | |
| OSTEONICS CORP., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OSTEOMED LLC, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

This stipulation is made by and between Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant Stryker Corporation, Defendant and Counterclaim Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC (collectively "Stryker"), through their respective undersigned counsel.

Per the Court's May 4, 2026 Minute Entry (ECF No. 113), the parties are to file a joint status report within two weeks of receiving the decisions from the Patent Trial and Appeal Board ("PTAB"). The PTAB issued its Final Written Decisions on Remand in the six proceedings concerning OsteoMed's U.S. Patent Nos. 8,529,608, 9,351,776, and 9,763,716 on May 4, 2026, therefore the parties' Joint Status Report is currently due on May 18, 2026.

1

In order to allow the parties more time to fully discuss the issues outlined in the PTAB's Final Written Decisions with their clients, and to agree on a proposed case schedule, the parties agree that the deadline to file the Joint Status Report is May 22, 2026.

**STIPULATED AND AGREED TO BY:**

Dated: May 18, 2026

| | |
|---|---|
| By: /s/ Jason A. Engel<br>Jason A. Engel (IL6274878)<br>A. Rebekah Hill (IL6345666)<br>**K&L GATES LLP**<br>70 W. Madison St., Suite 3300<br>Chicago, IL 60602<br>Telephone: (312) 372-1121<br>jason.engel@klgates.com<br>rebekah.hill@klgates.com | By: /s/ Scott P. McBride<br>Robert A. Surrette (IL Bar No. 6243979)<br>Scott P. McBride (IL Bar No. 6256356)<br>**McANDREWS, HELD & MALLOY, LTD.**<br>500 W. Madison Street, Suite 3400<br>Chicago, IL 60661<br>(312) 775-8000<br>bsurrette@mcandrews-ip.com<br>smcbride@mcandrews-ip.com |
| Erik J. Halverson (IL6320739)<br>**K&L GATES LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8238<br>erik.halverson@klgates.com | Sharon A. Hwang (IL Bar No. 6217211)<br>**BUCHANAN INGERSOLL & ROONEY P.C.**<br>150 N. Riverside Plaza, Suite 2800<br>Chicago, IL 60606<br>(312) 261-8765<br>Sharon.Hwang@bipc.com |
| *Attorneys for Plaintiff OsteoMed LLC* | *Attorneys for Defendant Stryker Corporation, Defendant and Counterclaim-Plaintiff Howmedica Osteonics Corp., and Counterclaim Plaintiff Stryker European Operations Holdings LLC* |