**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

OsteoMed LLC

Plaintiff,

v.

Case No.: 1:20−cv−06821
Honorable Steven C. Seeger

Stryker Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [115]) On May 4, 2026, the Patent Trial and Appeal Board ("PTAB") issued Final Written Decisions ("Remand FWDs") on Remand in the inter partes review proceedings involving OsteoMed's U.S. Patent Nos. 8,529,608 (the "'608 Patent"), 9,351,776 (the "'776 Patent"), and 9,763,716 (the "'716 Patent"). The original FWD regarding U.S. Patent No. 10,245,085 (the "'085 Patent") was affirmed on appeal and not subject to remand. The IPR proceedings have narrowed, but not resolved, the issues in this case related to OsteoMed's patents. The Court adopts the proposed schedule. (As an aside, this Court acknowledges that the parties submitted the proposed schedule a few months ago, and this Court did not issue an order blessing that schedule. Hopefully the parties proceeded accordingly, and the lack of an order didn't throw off the schedule. But if the schedule needs to be adjusted given the passage of time, the parties can file a motion.) Fact discovery is reopened. Amended Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) are due by October 6, 2026. Amended Final Non−Infringement, Enforceability, and Validity Contentions (LPR 3.2) are due by November 3, 2026. The Court adopts the rest of the schedule, too. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.