**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

OsteoMed LLC

Plaintiff,

v.

Case No.: 1:20−cv−06821
Honorable Steven C. Seeger

Stryker Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The motion to reassign the later−filed case captioned OsteoMed LLC v. Wright Medical Technology, Inc., Case No. 1:26−cv−07857 (N.D. Ill.), is hereby granted. That case is currently pending before Judge Alonso. This Court concludes that the cases are related within the meaning of Local Rule 40.4(a). Having both cases before one judge makes sense, given that they involves overlapping issues. This Court is less sure whether consolidation makes sense, meaning whether the cases are so similar that it makes sense to try them together in a single trial. Even so, this Court doesn't have to cross that bridge now. In the meantime, the Court expects counsel in both cases to work together cooperatively, and make efforts to limit duplication and reduce costs. Both cases will proceed on the same case calendar. This Court will enter an order to that effect after reassignment of the Wright Medical case. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.