**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OSTEOMED LLC,

Plaintiff,

v.

STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP.,

Defendants.

Case No. 20-cv-06821

Hon. Steven C. Seeger

---

STRYKER EUROPEAN OPERATIONS HOLDINGS LLC and HOWMEDICA OSTEONICS CORP.,

Counterclaim Plaintiff,

v.

OSTEOMED LLC,

Counterclaim Defendant.

**SCHEDULING ORDER**

The Court reviewed the parties' Joint Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." See Fed. R. Civ. P. 16(b)(4).

| **Event** | **Deadlines** |
|---|---|
| Amended Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) | October 6, 2026 |
| Amended Final Non-Infringement, Enforceability, and Validity Contentions (LPR 3.2) | November 3, 2026 |
| Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) | November 17, 2026 |

| | |
|---|---|
| Meet and Confer Regarding Claim Construction (LPR 4.1) | November 24, 2026 |
| Opening Claim Construction Brief (LPR 4.2(a)) | December 22, 2026 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | January 26, 2027 |
| Close of Fact Discovery (LPR 1.3) | February 12, 2027 |
| Reply Claim Construction Brief (LPR 4.2(d)) | February 12, 2027 |
| Joint Claim Construction Chart (LPR 4.2(f)) | February 19, 2027 |
| Claim Construction Hearing (LPR 4.3) | TBD (may be within 28 days after filing of Reply Claim Construction Brief) |
| Disclosure of Opening Expert Report(s) (LPR 5.1) | June 25, 2027, or 28 days after the claim construction ruling or the close of discovery after the claim construction ruling, whichever is later |
| Disclosure of Rebuttal Expert Report(s) (LPR 5.1) | July 23, 2027, or 28 days after disclosure of Opening Expert Report(s), pursuant to Local Patent Rule 5.1, whichever is later |
| Deposition of Experts (LPR 5.2) | August 27, 2027, or 28 days after exchange of Expert Rebuttal Report(s), pursuant to Local Patent Rule 5.2, whichever is later |
| Close of Expert Discovery | August 27, 2027 |
| Dispositive Motions (LPR 6.1) | September 24, 2027, or 28 days after the completion of expert discovery, pursuant to Local Patent Rule 6.1, whichever is later |

Date: August 28, 2026

Steven C. Seeger
United States District Judge